UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Ray Williams,                        No. 9:01-CV-1153 (LEK/GLS)

                 Plaintiff,

v.                                                                        **ORDER**

D. Ingraham, J. Bradley, John Rosati, Sgt.
D.J. Gunderman, Sgt. Ploss, Lt. Lewis, Lt.
Epifanio, Deputy Superintendent Harold
Graham, Captain M. Relf, Pedrosa, and
Gary H. Filion, Superintendent of
Coxsackie Correctional Facility,

                 Defendants.

---

This matter is before the Court on Plaintiff's request for the Court to order transport of the four prisoners that Plaintiff intends to call at trial. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request (Clerk Doc. No. 104) is **GRANTED**; and

2. The Clerk is directed to issue writs for:

    a. Ronald Cohen, DIN 00B0786;

    b. Quincy Nolley, DIN 93B2975;

    c. Quentin Dawson, DIN 98A1909; and

    d. Edgardo Lebron, DIN 91A8933.

Dated: May 19, 2005

                                                              s/ Paul A. Magnuson
                                                              Paul A. Magnuson
                                                              United States District Court Judge