UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RAY WILLIAMS

                Plaintiff,

vs.                                             9:01-CV-1153(PAM/GLS)

D. INGRAHAM; et al.

                Defendant(s)

[FILED stamp: U.S. DISTRICT COURT - N.D. OF N.Y., MAY 24 2005, Lawrence K. Baerman, C.]

### ORDER

      Pursuant to an order of this Court dated **May 19, 2005**, **QUENTIN DAWSON #98-A-1909**, a witness in the above entitled action, has been directed to appear at **9:00 A.M.** on **June 20, 2005**, at the United States Courthouse at **Albany**, New York, for the purpose of attending a trial relative to the above-entitled case. It appears that this witness is presently incarcerated at **BARE HILL CORRECTIONAL FACILITY**, and it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued for the purpose of securing the presence of such witness at said proceeding. Therefore, it is

      **ORDERED** that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum directing the Superintendent of the facility above named where said witness is currently housed, or his deputies, to deliver said witness to the Courthouse on the date and time specified above.

      **ORDERED** that the original and certified copies of said writ be delivered to the United States Marshal or his authorized deputy for service upon the Superintendent of the named institution.

      **FURTHER ORDERED** that in the event the action is settled prior to trial, it shall be incumbent upon the Attorney General or his authorized representative to notify the designated institution where this witness is housed and cancel such writ to produce.

DATED: May 24, 2005

                                                                         Hon. Frederick J. Scullin, Jr.
                                                                        Chief, U. S. District Judge